# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-3327
_____

Scott Louis Youngbear

*Petitioner - Appellant*

v.

Stephan Kenneth Bayens, Individually and in his capacity as Commissioner of
Iowa Department of Public Safety

*Respondent - Appellee*
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: January 26, 2024
Filed: January 31, 2024
[Unpublished]
_____

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

Scott Youngbear appeals the district court's[1] dismissal for lack of jurisdiction of his pro se 42 U.S.C. § 1983 complaint challenging his ongoing placement on the Iowa sex offender registry. Upon careful review, we conclude that the district court did not err in dismissing the case. See Laclede Gas Co. v. St. Charles Cty., Mo., 713 F.3d 413, 417 (8th Cir. 2013) (de novo review of dismissal for lack of subject matter jurisdiction). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny Youngbear's pending motions as moot.

_____

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.